IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEAN MERRITT, on behalf of herself and all other persons similarly situated known and unknown, | ) ) ) ) | |
| | ) | 08 C 1038 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Judge Kendall |
| | ) | Magistrate Judge Brown |
| BARTLETT MANUFACTURING CO, INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:  Douglas M. Werman
     Werman Law Office, P.C.
     77 W. Washington St., Suite 1402
     Chicago, IL 60602

    Please take notice that on April 7, 2008 I caused to be filed electronically via ECF with the United States District Court for the Northern District of Illinois, Attorney Appearance for Defendant, a copy of which is served upon you.

                                   By: s/ William J. Provenzano___

                                   William J. Provenzano
                                   William J. Provenzano and Associates, Ltd.
                                   1580 S. Milwaukee, Ave., Suite 520
                                   Libertyville, IL 60048
                                   (847) 816-6588

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of the foregoing Attorney Appearance for Defendant was served by electronic mail via the CM/ECF system on April 7, 2008 upon:

Douglas M. Werman
Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL  60602

s/ William J. Provenzano

William J. Provenzano
William J. Provenzano & Associates, LTD.
1580 S. Milwaukee Avenue
Suite 520
Libertyville, IL 60048
(847) 816-6588