IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEAN MERRITT, on behalf of herself and all other persons similarly situated, known and unknown,<br><br>        Plaintiff,<br><br>v.<br><br>BARTLETT MANUFACTURING CO., INC.,<br><br>        Defendant. | Case No. 08 C 1038<br><br>Judge Kendall |

## NOTICE OF FILING

TO:    William Provenzano
William J. Provenzano and Associates, Ltd.
1580 S. Milwaukee Ave., Suite 520
Libertyville, IL 60048

     **PLEASE TAKE NOTICE** that on April 17, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Joint Initial Status Report**, a copy of which is attached hereto.

                                          Respectfully submitted,

                                          s/Douglas M. Werman
                                          Douglas M. Werman (ARDC #6204740)
                                          Maureen A. Bantz (ARDC# 6289000)
                                          Werman Law Office, P.C.
                                          77 W. Washington, Suite 1402
                                          Chicago, Illinois 60602
                                          (312) 419-1008

                                          Attorneys for Plaintiffs