UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jean Merritt
                                    Plaintiff,
v.                                                          Case No.: 1:08−cv−01038
                                                            Honorable Virginia M. Kendall
Bartlett Manufacturing Co., Inc.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 19, 2008:

   MINUTE entry before the Honorable Virginia M. Kendall: On the Court's own motion, the Status hearing previously set for 5/27/2008 at 9:00 AM has been reset to begin at 09:30 AM on that same day. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.