# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JEAN MERRITT, on behalf of herself and all other persons similarly situated, known and unknown, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  08 C 1038 |
| v. | ) | |
| | ) | Judge Kendall |
| BARTLETT MANUFACTURING CO., INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

Plaintiff, Jean Merritt, by her attorneys, Werman Law Office, P.C., hereby stipulates that the above case be dismissed with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

By: s/Douglas M. Werman
Attorney for Plaintiffs

Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Stipulation to Dismiss** was served via electronic mail on July 8, 2008 on:

William Provenzano
William J. Provenzano and Associates, Ltd.
1580 S. Milwaukee Ave., Suite 520
Libertyville, IL 60048

s/Douglas M. Werman
Douglas M. Werman