IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEAN MERRITT, on behalf of herself and all other persons similarly situated, known and unknown,<br><br>   Plaintiff,<br><br>v.<br><br>BARTLETT MANUFACTURING CO., INC.,<br><br>   Defendant. | Case No. 08 C 1038<br><br>Judge Kendall |

## NOTICE OF FILING

TO: William Provenzano
   William J. Provenzano and Associates, Ltd.
   1580 S. Milwaukee Ave., Suite 520
   Libertyville, IL 60048

**PLEASE TAKE NOTICE** that on July 8, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Stipulation to Dismiss**, a copy of which is attached hereto.

            Respectfully submitted,

            s/Douglas M. Werman
            Douglas M. Werman (ARDC #6204740)
            Maureen A. Bantz  (ARDC# 6289000)
            Werman Law Office, P.C.
            77 W. Washington, Suite 1402
            Chicago, Illinois 60602
            (312) 419-1008

            Attorneys for Plaintiffs